UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.  CITATION / CASE NO. 3:09-mj-54 CMK

vs.

## ORDER TO PAY

Melissa Foster

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: 12-1-09      Melissa Foster
                    DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: Count II      FINE 125.00   ASGMT. 25.00
CITATION / CASE NO: _____       FINE _____  ASGMT. _____
CITATION / CASE NO: _____       FINE _____  ASGMT. _____
CITATION / CASE NO: _____       FINE _____  ASGMT. _____

(X) FINE TOTAL of $ 125.00 and a penalty assessment of $ 25.00 by 1-15-10
_____ days/months or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **PROBATION** to be unsupervised / supervised for: _____
Count 1 dismissed.

PAYMENTS **must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC** and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~     CLERK, USDC
~~P.O. Box 740026~~               ~~650 Capitol Mall, Rm 2546~~ 501 I Street
~~Atlanta, GA 30374-0026~~        Sacramento, CA 95814
~~1-800-827-2982~~

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.
DATE: 12-1-09      _____
                    U.S. MAGISTRATE JUDGE

Clerk's Office                                   EDCA - 03 Rev 8/97